UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:13-CR-280-BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER TO SEAL |
| ROBERT L. CASSIDY, ) | |
| ) | |
| Defendant. ) | |

Upon motion of Defendant, it is hereby ORDERED that Docket Entry Number 22 be sealed until such time as the Court determines that the afore-mentioned filing should be unsealed.

This, the ____4____ day of _April_____, 2014.

_____
Terrence W. Boyle
U.S. District Judge